IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JERMAINE DONNELL BANKS,

    Petitioner,

v.                      CIVIL ACTION NO. 1:16-09822
                      CRIMINAL ACTION NO. 1:07-00157

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this matter was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings and recommendations ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). See Doc. No. 117.

Magistrate Judge Aboulhosn submitted to the court his PF&R on March 22, 2017, in which he recommended that the court deny Petitioner's Petition for Writ of Audita Querela, see Doc. No. 115; and remove this matter from the court's docket.

In accordance with 28 U.S.C. § 636(b), the parties were allotted seventeen days in which to file any objections to the Magistrate Judge's PF&R. The failure of any party to file such objections within the time allotted constitutes a waiver of such party's right to a de novo review by this court. See Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989). Neither party filed

any objections to the Magistrate Judge's PF&R within the required time period.

Accordingly, the court adopts Magistrate Judge Aboulhosn's PF&R as follows:

1) Petitioner's Petition for Writ of Audita Querela, see Doc. No. 115, is **DENIED**; and

2) The Clerk is directed to remove this matter from the docket of the court.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and to Petitioner.

It is **SO ORDERED** this 26th day of May, 2017.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge